

# Fourth Court of Appeals
## San Antonio, Texas

July 19, 2017

No. 04-17-00236-CR

Kevin Leland **DAVIS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR10897
Honorable Melisa Skinner, Judge Presiding

# O R D E R

The reporter's record in this appeal was due June 9, 2017, but it was not filed. On June 14, this court notified Mary Beth Sasala that she is the court reporter responsible for timely filing the reporter's record and the record had not been filed. Our notice required Sasala to file the record no later than July 14, 2017, unless appellant had failed to pay or make arrangements to pay the fee for preparing the record and is not entitled to the record without paying the fee, in which case Sasala was required to file a notice so advising the court no later than June 24. To date, we have received no response to our letter.

We order Mary Beth Sasala to file the record in this court on or before **July 26, 2017**. Sasala is advised that the court will not grant a further extension of time unless she (1) establishes there are extraordinary circumstances that prevent her from timely filing the record, (2) advises the court of what efforts have been expended to prepare the record and the status of completion, and (3) provides the court reasonable assurance the record will be completed and filed by the requested extended deadline. Sasala is further advised that if the record or a conforming motion is not received by the date ordered, we may order her to appear and show cause why she should not be held in contempt.

We further order the clerk of this court to serve this order on Mary Beth Sasala by certified mail, return receipt requested, and by first class United States mail. Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed,"

TEX. R. APP. P. 35.3(c), we also order the clerk of this court to serve a copy of this order on the trial court.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of July, 2017.

_Luz Estrada_
Luz Estrada
Chief Deputy Clerk